| | | |
|---|---|---|
| **UNITED STATES DISTRICT COURT** | | **EASTERN DISTRICT OF TEXAS** |

| | | |
|---|---|---|
| EVERETT P. CRAWFORD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:08-CV-604 |
| | § | |
| TONYA SHARP, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Everett P. Crawford, an inmate confined at the Pack Unit, proceeding *pro se*, brought this lawsuit pursuant to 42 U.S.C. § 1983 against Nurse Tonya Sharp, Physician Assistant Linda Blair, Lieutenant Mary Jean Castillo, and Captain Anthony Houston.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends the defendants motion for summary judgment be granted and the exercise of supplemental jurisdiction should be declined.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. It is therefore

**ORDERED** that the defendants' motion for summary judgment and motion to dismiss is **GRANTED.** It is further

**ORDERED** that the exercise of supplemental jurisdiction over any state law claim is declined pursuant to 28 U.S.C. § 1367(c). A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendation.

SIGNED at Beaumont, Texas, this 23rd day of September, 2010.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE